# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 29, 2024

## NO. 03-23-00411-CV

**PBAC 507 Holdings, LLC, Appellant**

**v.**

**Broadview Properties, LLC, Appellee**

### APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, TRIANA AND KELLY
### AFFIRMED -- OPINION BY JUSTICE TRIANA

This is an appeal from the judgment signed by the trial court on April 18, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment. Therefore, the Court affirms the trial court's judgment. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.